AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| 2/25/94 LLC and NEW ENGLAND PATRIOTS LLC, *Plaintiff(s)* <br> v. <br> EASTERN AIRLINES, LLC, *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eastern Airlines, LLC
6655 S. Eastern Avenue, #250
Las Vegas, Nevada 89119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Paul, Weiss, Rifkind, Wharton & Garrison LLP
Jay Cohen, Esq.
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
jaycohen@paulweiss.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/04/2023           /S/ V. BRAHIMI
                 *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

PAUL, WEISS, RIFKIND, WHARTON & GARRISON 1285 AVENUE OF THE AMERICAS NEW YORK, NY 10019

| | |
|---|---|
| Client's File No.: | |
| Case No.: | 1:23-cv-08692-JHR |
| Date Filed: | October 3, 2023 |
| Court Date: | |

## AFFIDAVIT OF SERVICE

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**



2/25/94 LLC and NEW ENGLAND PATRIOTS LLC,

*Plaintiff*

vs

EASTERN AIRLINES, LLC,

*Defendant*

STATE OF NEVADA COUNTY OF     SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of   Nevada

That on the following date:   October 5, 2023   , at the following time:   1:16 PM   ,
at   6655 S. EASTERN AVENUE, #250, LAS VEGAS, NV 89119   deponent served the within Summons in a Civil Action, Complaint with Exhibits, Civil Cover Sheet, Rule 7.1 Statement, Electronic Case Filing Rules & Instructions, Individual Rules and Practices in Civil Cases of Hon. Jennifer H. Rearden, USDJ and Individual Rules and Practices in Civil Cases of Hon. Jennifer E. Willis, USMJ

[X] Papers so served were properly endorsed with the Case No. and date of filing.

Upon: **EASTERN AIRLINES, LLC**

[ ] **Individual** — By delivering a true copy thereof to said recipient personally; deponent knew the person so served to be the individual described therein.

[ ] **Responsible Person** — By delivering to and leaving with _____, _____ Relationship
a true copy thereof, a person of suitable age and discretion. Said premises being the defendant / respondent's
[ ] dwelling place    [ ] place of business/employment    [ ] last known address within the State.    [ ] usual place of abode

[ ] **Mail** — A copy thereof was deposited in a postpaid, properly addressed envelope, marked "Personal and Confidential" in a depository maintained by the U. S. P. S. and mailed First Class mail to the above address _____ on

[X] **Corporation LLC / LLP** — By delivering to and leaving with   Sarah Park   said individual to be   Executive Assistant   who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

[ ] **Affixing To Door** — By affixing a true copy thereof to the door, being the defendant/respondent's [ ] dwelling place    [ ] place of business/employment
[ ] last known address within the State. [ ] usual place of abode

[ ] **Previous Attempts** — Deponent previously attempted to serve the above named defendant/respondent on:

**Description of Recipient**   Sex: Female    Color of skin: White    Color of hair: Blonde    Age: 26 - 35 Yrs.    Height: 5ft 9inch - 6ft 0inch
Weight: 100-130 Lbs.    Other Features: _____

[ ] **WITNESS FEES** — Subpoena Fee Tendered in the amount of $.

[ ] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in active military service of the United States in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] **Other**

Sworn to before me on   October 6, 2023

BERT LOTT
NOTARY PUBLIC
STATE OF NEVADA
APPT. NO. 07-4864-1
MY APPT. EXPIRES SEPTEMBER 14, 2027

PROCESS SERVER - PRINT NAME BELOW SIGNATURE
Anthony Spada R-2018-06348
PROCESS SERVER LICENSE #

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*

Work Order # 1477657

2023003098